AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
March 20, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Myrna Gallegos__
DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>Edgar Omar Martinez<br><br>*Defendant(s)* | Case No. **EP-25-MJ-1088-ATB** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 14, 2025__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | Possession with intent to sell or distribute 400 grams or more of fentanyl. |

This criminal complaint is based on these facts:

See Attachment A.

☑ Continued on the attached sheet.

_____
Complainant's signature

Lidia Lara, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 03/20/2025

_____
Judge's signature

Anne T. Berton, U.S. Magistrate
Printed name and title

City and state: El Paso, Texas

Complaint sworn to telephonically on March 20, 2025 at 01:26 PM and signed electronically. FED.R.CRIM.P. 4.1(b)(2)(A)

## *AFFIDAVIT:*

On March 14, 2025, El Paso FBI agents located a black Jeep Cherokee (TARGET VEHICLE) at a parking lot located in El Paso, Texas (TARGET LOCATION) which is located within the Western District of Texas. The TARGET VEHICLE bearing Texas license plate VPT9082 was registered to Edgar Omar Martinez. Agents observed MARTINEZ driving the TARGET VEHICLE. Agents obtained verbal consent from the manager of TARGET LOCATION to conduct an open air snif in the parking lot. Border Patrol canine was deployed to the TARGET LOCATION parking lot and multiple vehicles were sniffed however the canine positively alerted to the presence of narcotics in the TARGET VEHICLE. MARTINEZ provided agents written consent to search the TARGET VEHICLE and told agents the drugs were located on the driver rear side seat. Agents found a Dollar General bag in the driver rear side with two boxes containing suspected fentanyl pills. After being advised of his rights, MARTINEZ provider agents a recorded confession and stated he was tasked by FNU LNU, aka Viejon to deliver fentanyl pills to an unknown person. MARTINEZ also stated he would get paid $1,600 USD to pick up the narcotics and an additional $1,600 USD to deliver them. The suspected fentanyl pills had a total weight of 1.69 kilograms. MARTINEZ was subsequently transported and booked into El Paso County Detention Facility.

This affidavit does not set forth all known facts regarding this investigation but only those facts that establish probable cause.